Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Daniel T. Newman (SBN: 314937)
dnewman@bohmlaw.com
Scott C. Zienty (SBN: 324661)
szienty@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: 866.920.1292
Facsimile: 916.927.2046

Gregory R. Davenport (SBN: 154403)
grdatlaw@aol.com
**LAW OFFICES OF GREGORY R. DAVENPORT**
3439 Brookside Road, Suite 205
Stockton, California 95219
Telephone: 209.955.1999
Facsimile: 209.475.4951

Attorneys for Plaintiff,
Thomas Williams

Van Longyear (SBN: 84189)
longyear@longyearlaw.com
Nicole M. Cahill (SBN: 287165)
cahill@longyearlaw.com
**LONGYEAR & LAVRA, LLP**
3620 American River Drive, Suite 230
Sacramento, CA 95864
Telephone: 916.974.8500
Facsimile: 916.974.8510

Attorneys for Defendant,
County of Sacramento

Carl L. Fessenden (SBN: 161494)
cfessenden@porterscott.com
John R. Whitefleet (SBN: 213301)
jwhitefleet@porterscott.com
**PORTER SCOTT**
350 University Avenue, Ste. 200
Sacramento, CA 95825
Telephone: 916.929.1481
Facsimile: 916.927.3706

Attorneys for Defendant
City of Rancho Cordova; Nathan Daniel;
Joseph Zalec; and Derek Hutchins

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO; CITY OF RANCHO CORDOVA; NATHAN DANIEL; JOSEPH ZALEC; DEREK HUTCHINS; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-00598-TLN-KJN<br><br>**[PROPOSED]** ORDER REGARDING STIPULATED PROTECTIVE ORDER<br><br>Action Filed: March 18, 2020<br>Trial Date: Not Set |

1

The court APPROVES the parties' stipulated protective order (ECF No. 21) subject to the following clarification. Once this action is closed, "unless otherwise ordered, the court will not retain jurisdiction over enforcement of the terms of" this protective order. E.D. Cal. R. 141.1(f). Courts in the district generally do not agree to retain jurisdiction after closure of the case. See, e.g., <u>MD Helicopters, Inc. v. Aerometals, Inc.</u>, 2017 WL 495778 (E.D. Cal., Feb. 3, 2017).

**IT IS SO ORDERED.**

Dated: June 30, 2021

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Regarding Stipulated Protective Order
*Williams v. County of Sacramento, et al.*
Case No.: 2:20-cv-00598-TLN-KJN