**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
Jennifer L. Thompson, SBN 337107
350 University Ave., Suite 200
Sacramento, California 95825
jwhitefleet@porterscott.com
jthompson@porterscott.com
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendants
CITY OF RANCHO CORDOVA,
NATHAN DANIEL, JOSEPH ZALEC,
AND DEREK HUTCHINS

Van Longyear, SBN 84189
Nicole M. Cahill, SBN 287165
LONGYEAR & LAVRA, LLP
555 University Ave., Suite 280
Sacramento, CA 95825
Tel:  916-974-8500
Fax:  916-974-8510

Attorneys for Defendant
COUNTY OF SACRAMENTO

Lawrance A. Bohm, SBN 208716
Daniel T. Newman, SBN 314937
BOHM LAW GROUP, INC.
4600 Northgate Boulevard, Suite 210
Sacramento, CA 95834
TEL: 866.920.1292
FAX: 916.927.2046

Attorneys for Plaintiffs
THOMAS WILLIAMS
AND CARLOS WILLIAMS

///

///

///

///

**JOINT STIPULATION AND ORDER TO CONTINUE PRE-TRIAL DEADLINES**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

THOMAS WILLIAMS,

    Plaintiff,

v.

COUNTY OF SACRAMENTO; CITY OF RANCHO CORDOVA; NATHAN DANIEL; JOSEPH ZALEC; DEREK HUTCHINS and DOES 1 through 50 inclusive,

    Defendants.
_____/

CARLOS WILLIAMS

    Plaintiff

v.

COUNTY OF SACRAMENTO;
RANCHO CORDOVA POLICE DEPARTMENT;
and DOES 1 through 50 inclusive,

    Defendants.
_____/

Case No. 2:20-cv-00598-TLN-KJN
Case No. 2:19-cv-02345-TLN-KJN

**JOINT STIPULATION AND ORDER TO CONTINUE PRE-TRIAL DEADLINES**

    Plaintiffs THOMAS WILLIAMS and CARLOS WILLIAMS ("Plaintiffs") and Defendants COUNTY OF SACRAMENTO, CITY OF RANCHO CORDOVA, NATHAN DANIEL, JOSEPH ZALEC, AND DEREK HUTCHINS, (collectively "Defendants"), by and through their ("Parties") counsel of record, hereby stipulate and request that the Court continue the discovery deadline for 30 days for the limited purpose of completing the defendant deputies' depositions and 90 days for the limited purpose of facilitating the production of records pursuant to the Court's January 6, 2023 Order [Dkt. Nos.

43 & 48]. The Parties further request the extension of the other pre-trial deadlines in this matter. Good cause exists for the requested continuance pursuant to Federal Rules of Civil Procedure Rule 16(d) based upon the following:

1. On July 15, 2021, this Court consolidated the above-referenced cases with respect to discovery only.

2. On October 5, 2021, in Case No. 2:20-cv-00598-TLN-KJN, this Court issued an Amended Pre-Trial Scheduling Order setting forth all pre-trial deadlines. The Court entered the same Order on October 26, 2021 in Case No. 2:19-cv-02345-TLN-KJN.

3. On April 6, 2022, this Court granted the Parties' joint stipulation to extend the pre-trial deadlines, which extended the fact discovery deadline to January 12, 2023.

4. On January 4, 5, and 6, 2023, Plaintiffs began deposing Deputies Daniel, Zalec, and Hutchins. Those depositions, however, did not conclude. The Parties agreed to continue the Deputies' depositions until the end of January. The Parties request a 30-day extension of the discovery deadline for the limited purpose of completing the Deputies' depositions.

5. Furthermore, on January 6, 2023, Magistrate Kendall Newman granted in part Defendant City of Rancho Cordova's Motion to Compel and ordered Plaintiffs to produce additional financial records within 30 days. [Dkt. Nos. 43 in 2:19-cv-02345-TLN-KJN and 48 in 2:20-cv-00598-TLN-KJN].

6. The Parties also seek an extension of the pre-trial deadlines of 90 days for the limited purpose of facilitating the production of documents consistent with Judge Newman's order and for the Parties to resolve any disputes related to said production.

7. Because the Parties anticipate sending the financial records and deposition transcripts to experts in this matter, the Parties request that expert disclosure dates and dispositive motions also be extended.

8. The Parties also agree to extend discovery for the limited purpose of having Plaintiffs' expert examine the physical camera that was in Deputy Daniel's vehicle on the night of the incident and subsequently removed. The Parties request a 90-day extension of the discovery deadline for the limited purpose of arranging for Plaintiffs' expert to examine the physical camera at Defense Counsel's office.

9. The Parties, through their respective undersigned counsel, agree and hereby do stipulate to

respectfully request that the Court modify the scheduling order as follows:

| Event | Schedule | Proposed New Schedule |
|---|---|---|
| Fact Discovery | January 12, 2023 | To complete the Deputies' depositions: February 13, 2023<br><br>To facilitate production pursuant to Judge Newman's January 6, 2023 Order and Plaintiffs' inspection of camera: April 12, 2023 |
| Expert Witness Disclosure | March 14, 2023 | June 12, 2023 |
| Supplemental Expert Witness Disclosure | Within 20 days after designation of expert witnesses | Remains unchanged |
| Dispositive Motions | August 15, 2023 | November 13, 2023 |

Dated:  January 19, 2023                              BOHM LAW GROUP, INC.


By: */s/ Kelsey K. Ciarimboli* (auth. 1/18/23)
    Lawrence A. Bohm
    Kelsey K. Ciarimboli
    Daniel T. Newman
    Attorney for Plaintiffs


Dated:  January 19, 2023                              LONGYEAR & LAVRA, LLP


By: */s/ Nicole M. Cahill* (auth. 1/18/23)
    Van Longyear
    Nicole M. Cahill
    Attorney for Defendant
    COUNTY OF SACRAMENTO

///

///

///

**JOINT STIPULATION AND ORDER TO CONTINUE PRE-TRIAL DEADLINES**

Dated: January 19, 2023

PORTER SCOTT
A PROFESSIONAL CORPORATION

By: /s/ *Jennifer L. Thompson*
    John R. Whitefleet
    Jennifer L. Thompson
    Attorney for Defendants
    CITY OF RANCHO CORDOVA,
    NATHAN DANIEL, JOSEPH ZALEC,
    AND DEREK HUTCHINS

## ORDER

Good cause having been shown, based on the foregoing Stipulation by the Parties, the Court hereby ORDERS as follows:

1. The pre-trial deadlines in this case shall be amended as follows:

| Event | Schedule | Proposed New Schedule |
|---|---|---|
| Fact Discovery | January 12, 2023 | To complete the Deputies' depositions: February 13, 2023<br><br>To facilitate production pursuant to Judge Newman's January 6, 2023 Order and Plaintiff's inspection of camera: April 12, 2023 |
| Expert Witness Disclosure | March 14, 2023 | June 12, 2023 |
| Supplemental Expert Witness Disclosure | Within 20 days after designation of expert witnesses | Remains unchanged |
| Dispositive Motions | August 15, 2023 | November 13, 2023 |

**IT IS SO ORDERED.**

Dated: January 19, 2023

Troy L. Nunley
United States District Judge