Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Kelsey K. Ciarimboli (SBN: 302611)
kciarimboli@bohmlaw.com
Daniel T. Newman (SBN: 314937)
dnewman@bohmlaw.com
Angelique J. Rael (SBN: 347651)
arael@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone:  866.920.1292
Facsimile:  916.927.2046
Email:  blg000688@bohmlaw.com

Gregory R. Davenport (SBN: 154403)
grdatlaw@aol.com
**LAW OFFICES OF GREGORY R. DAVENPORT**
3439 Brookside Road, Suite 205
Stockton, California 95219
Telephone:  209.955.1999
Facsimile:  209.475.4951

Attorneys for Plaintiff,
CARLOS WILLIAMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS WILLIAMS,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO; RANCHO CORDOVA POLICE DEPARTMENT; and DOES 1 through 50, inclusive,<br><br>            Defendants.<br>THOMAS WILLIAMS,<br><br>            Plaintiff,<br><br>    v. | Case No.: 2:19-cv-02345-TLN-KJN<br>Case No.: 2:20-cv-00598-TLN-KJN<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE PRE-TRIAL DEADLINES**<br><br>Action Filed:    October 4, 2019<br>Trial Date:       Not Set |

1

**Joint Stipulation and Order to Continue Pre-Trial Deadlines**
*Williams v. County of Sacramento, et al.*                                                    BOHM LAW GROUP, INC.
                                                                                              LAW OFFICES OF GREGORY R. DAVENPORT

COUNTY OF SACRAMENTO; CITY OF RANCHO CORDOVA; NATHAN DANIEL; JOSEPH ZALEC; DEREK HUTCHINS and DOES 1 through 50 inclusive,

    Defendants.

Plaintiffs THOMAS WILLIAMS and CARLOS WILLIAMS ("Plaintiffs") and Defendants COUNTY OF SACRAMENTO, CITY OF RANCHO CORDOVA, NATHAN DANIEL, JOSEPH ZALEC, AND DEREK HUTCHINS, (collectively "Defendants"), by and through their ("Parties") counsel of record, hereby stipulate and request that the Court continue the deadlines for expert witness disclosures and supplemental expert witness disclosures for 45 days. Good cause exists for the requested continuance pursuant to Federal Rules of Civil Procedure Rule 16(d) based upon the following:

1. On July 15, 2021, this Court consolidated the above-referenced cases with respect to discovery only.

2. On October 5, 2021, in Case No. 2:20-cv-00598-TLN-KJN, this Court issued an Amended Pre-Trial Scheduling Order setting forth all pre-trial deadlines. The Court entered the same Order on October 26, 2021 in Case No. 2:19-cv-02345-TLN-KJN.

3. On April 6, 2022, this Court granted the Parties' joint stipulation to extend the pre-trial deadlines, which extended the fact discovery deadline to January 12, 2023.

4. On January 19, 2023, this Court granted the Parties' joint stipulation to extend discovery deadlines for the limited purposes of completing the defendant deputies' depositions, facilitating the production of records pursuant to the Court's January 6, 2023 Order [Dkt. Nos. 43 & 48], and having Plaintiffs' expert examine the physical camera that was in Deputy Daniel's vehicle on the night of the incident and subsequently removed. This Court also granted the Parties' request to extend expert disclosure and dispositive motions dates.

5. The Parties are working diligently to prepare and gather expert reports, and agree that more time is needed for the experts to finalize their reports.

///

**Joint Stipulation and Order to Continue Pre-Trial Deadlines**
*Williams v. County of Sacramento, et al.*

BOHM LAW GROUP, INC.
LAW OFFICES OF GREGORY R. DAVENPORT

1      6.    The Parties, through their respective undersigned counsel, agree and hereby do stipulate to respectfully request that the Court modify the scheduling order as follows:

| Event | Schedule | Proposed New Schedule |
|---|---|---|
| Expert Witness Disclosure | June 12, 2023 | July 27, 2023 |
| Supplemental Expert Witness Disclosure | Within 20 days after designation of expert witnesses | Within 45 days after designation of expert witnesses: September 10, 2023 |
| Dispositive Motions | November 13, 2023 | Remains unchanged |

Date: June 2, 2023      By: */s/ Kelsey K. Ciarimboli, Esq.*
LAWRANCE A. BOHM, ESQ.
KELSEY K. CIARIMBOLI, ESQ.
DANIEL T. NEWMAN, ESQ.
ANGELIQUE J. RAEL, ESQ.
GREGORY R. DAVENPORT, ESQ.

Attorneys for Plaintiffs,
CARLOS WILLIAMS and
THOMAS WILLIAMS

Date: June 2, 2023      By: */s/ Jennifer L. Thompson, Esq.*
CARL L. FESSENDEN, ESQ.
JOHN R. WHITEFLEET, ESQ.
JENNIFER L. THOMPSON, ESQ.

Attorneys for Defendant,
RANCHO CORDOVA POLICE DEPARTMENT

Date: June 2, 2023      By: */s/ Van Longyear, Esq.*
VAN LONGYEAR, ESQ.

Attorneys for Defendant,
COUNTY OF SACRAMENTO

**Joint Stipulation and Order to Continue Pre-Trial Deadlines**
*Williams v. County of Sacramento, et al.*      BOHM LAW GROUP, INC.
LAW OFFICES OF GREGORY R. DAVENPORT

# ORDER

Good cause having been shown, based on the foregoing Stipulation by the Parties, the Court hereby ORDERS as follows:

1. The pre-trial deadlines in this case shall be amended as follows:

| Event | Schedule | Proposed New Schedule |
|---|---|---|
| Expert Witness Disclosure | June 12, 2023 | July 27, 2023 |
| Supplemental Expert Witness Disclosure | Within 20 days after designation of expert witnesses | Within 45 days after designation of expert witnesses: September 10, 2023 |
| Dispositive Motions | November 13, 2023 | Remains unchanged |

**IT IS SO ORDERED.**

Dated: June 2, 2023

_____
Troy L. Nunley
United States District Judge

4

**Joint Stipulation and Order to Continue Pre-Trial Deadlines**
*Williams v. County of Sacramento, et al.*                              BOHM LAW GROUP, INC.
                                                                        LAW OFFICES OF GREGORY R. DAVENPORT