Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Kelsey K. Ciarimboli (SBN: 302611)
kciarimboli@bohmlaw.com
Daniel T. Newman (SBN: 314937)
dnewman@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone:  866.920.1292
Facsimile:   916.927.2046
Email:   blg000689@bohmlaw.com

Gregory R. Davenport (SBN: 154403)
grdatlaw@aol.com
**LAW OFFICES OF GREGORY R. DAVENPORT**
3439 Brookside Road, Suite 205
Stockton, California 95219
Telephone:  209.955.1999
Facsimile:   209.475.4951

Attorneys for Plaintiff,
THOMAS WILLIAMS, Ph.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WILLIAMS, Ph.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO; CITY OF RANCHO CORDOVA; NATHAN DANIEL; JOSEPH ZALEC; DEREK HUTCHINS and DOES 1 through 50 inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-00598-TLN-KJN<br>Case No.: 2:19-cv-02345-TLN-KJN<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE PRE-TRIAL DEADLINES** |
| CARLOS WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO; RANCHO CORDOVA POLICE DEPARTMENT; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Action Filed:   March 18, 2020<br>Trial Date:       Not Set |

1

**Joint Stipulation and Order to Continue Pre-Trial Deadlines**
*Williams v. County of Sacramento, et al.*
Case No.: 2:19-cv-00598-TLN-KJN

BOHM LAW GROUP, INC.
LAW OFFICES OF GREGORY R. DAVENPORT

Plaintiffs THOMAS WILLIAMS and CARLOS WILLIAMS ("Plaintiffs") and Defendants COUNTY OF SACRAMENTO, CITY OF RANCHO CORDOVA, NATHAN DANIEL, JOSEPH ZALEC, AND DEREK HUTCHINS, (collectively "Defendants"), by and through their ("Parties") counsel of record, hereby stipulate and request that the Court continue the deadlines for expert witness disclosures and supplemental expert witness disclosures for 45 days. Good cause exists for the requested continuance pursuant to Federal Rules of Civil Procedure Rule 16(d) based upon the following:

1. On July 15, 2021, this Court consolidated the above-referenced cases with respect to discovery only.

2. On October 5, 2021, in Case No. 2:20-cv-00598-TLN-KJN, this Court issued an Amended Pre-Trial Scheduling Order setting forth all pre-trial deadlines. The Court entered the same Order on October 26, 2021 in Case No. 2:19-cv-02345-TLN-KJN.

3. On April 6, 2022, this Court granted the Parties' joint stipulation to extend the pre-trial deadlines, which extended the fact discovery deadline to January 12, 2023.

4. On January 19, 2023, this Court granted the Parties' joint stipulation to extend discovery deadlines for the limited purposes of completing the defendant deputies' depositions, facilitating the production of records pursuant to the Court's January 6, 2023 Order [Dkt. Nos. 43 & 48], and having Plaintiffs' expert examine the physical camera that was in Deputy Daniel's vehicle on the night of the incident and subsequently removed. This Court also granted the Parties' request to extend expert disclosure and dispositive motions dates.

On June 5, 2023, this Court granted the Parties' joint stipulation to extend expert disclosure and dispositive motions dates, as the parties were working diligently to prepare and gather expert reports and agreed that more time was needed for the experts to finalize their reports.

6. The Parties are now requesting one final extension of the expert disclosure and dispositive motions dates due to an issue with Mr. Scott DeFoe, one of Plaintiff's experts. Mr. DeFoe recently had a death in the family and is experiencing other family issues, causing him to travel across the Country. As such, Defendants graciously agreed to stipulate to extend out these deadlines to allow Mr. DeFoe to attend to his family and then complete his expert report.

2

**Joint Stipulation and Order to Continue Pre-Trial Deadlines**
*Williams v. County of Sacramento, et al.*
Case No.: 2:19-cv-00598-TLN-KJN

BOHM LAW GROUP, INC.
LAW OFFICES OF GREGORY R. DAVENPORT

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

7. The Parties, through their respective undersigned counsel, agree and hereby do stipulate to respectfully request that the Court modify the scheduling order as follows:

| Event | Schedule | Proposed New Schedule |
|---|---|---|
| Expert Witness Disclosure | July 27, 2023 | August 31, 2023 |
| Supplemental Expert Witness Disclosure | Within 20 days after designation of expert witnesses | Within 45 days after designation of expert witnesses: October 16, 2023 |
| Dispositive Motions | November 13, 2023 | January 8, 2024 |

Date: July 24, 2023     By: */s/ Kelsey K. Ciarimboli, Esq.*
LAWRANCE A. BOHM, ESQ.
KELSEY K. CIARIMBOLI, ESQ.
DANIEL T. NEWMAN, ESQ.
GREGORY R. DAVENPORT, ESQ.

Attorneys for Plaintiffs,
CARLOS WILLIAMS and
THOMAS WILLIAMS

Date: July 24, 2023     By: */s/ Jennifer L. Thompson, Esq.*
CARL L. FESSENDEN, ESQ.
JOHN R. WHITEFLEET, ESQ.
JENNIFER L. THOMPSON, ESQ.

Attorneys for Defendant,
RANCHO CORDOVA POLICE DEPARTMENT

Date: July 24, 2023     By: */s/ Van Longyear, Esq.*
VAN LONGYEAR, ESQ.

Attorneys for Defendant,
COUNTY OF SACRAMENTO

3

**Joint Stipulation and Order to Continue Pre-Trial Deadlines**
*Williams v. County of Sacramento, et al.*
Case No.: 2:19-cv-00598-TLN-KJN

BOHM LAW GROUP, INC.
LAW OFFICES OF GREGORY R. DAVENPORT

# ORDER

Good cause having been shown, based on the foregoing Stipulation by the Parties, the Court hereby ORDERS as follows:

1. The pre-trial deadlines in this case shall be amended as follows:

| Event | Schedule | New Schedule |
|---|---|---|
| Expert Witness Disclosure | July 27, 2023 | August 31, 2023 |
| Supplemental Expert Witness Disclosure | Within 20 days after designation of expert witnesses | Within 45 days after designation of expert witnesses: October 16, 2023 |
| Dispositive Motions | November 13, 2023 | January 8, 2024 |

**IT IS SO ORDERED.**

Dated: July 24, 2023

_____
Troy L. Nunley
United States District Judge

4

**Joint Stipulation and Order to Continue Pre-Trial Deadlines**
*Williams v. County of Sacramento, et al.*
Case No.: 2:19-cv-00598-TLN-KJN

BOHM LAW GROUP, INC.
LAW OFFICES OF GREGORY R. DAVENPORT